UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID TRENTMAN, individually & on
behalf of all similarly situated

       Plaintiff,

v.                                           Case No:  2:15-cv-89-FtM-38CM

RWL COMMUNICATIONS, INC. and
RWL COMMUNICATIONS SE, INC.,

       Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff David Trentman's Compliance Notice (Doc. #23) and Revised Notice of Lawsuit (Doc. #23-1) filed on May 18, 2015. On February 25, 2015, Plaintiff moved to conditionally certify this case as a collective action under the Fair Labor Standards Act ("FLSA"). (Doc. #10). The Court granted conditional certification, but directed the parties to amend the proposed notice of lawsuit (Doc. #10-1) so as to (1) neutralize any language that implied the Court has already found Defendants to have violated the FLSA; and (2) advise the putative class members that that may be responsible for Defendants' defense costs if they are unsuccessful. (Doc. #22 at 8-9).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff now advises the Court that the parties have conferred and revised the Notice of Lawsuit in accordance with the Order dated May 4, 2015. (Doc. #23). After a careful review of the revise Notice of Lawsuit (Doc. #23-1), the Court finds that its above-mentioned concerns have been addressed and approves the Notice.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff David Trentman is **AUTHORIZED** to send the Notice of Lawsuit (Doc. #23-1) and Consent to Join Collective Action (Doc. #10-3), with a self-addressed return envelope, to all putative class members by first-class mail.

(2) Putative class members shall have **sixty (60) days** from the date the notices are initially mailed to complete and return the Consent to Join Collective Action form (Doc. #10-3) to Plaintiff's counsel.

(3) From the date of this Order through the date that the notice period ends, Defendants RWL Communications, Inc. and RWL Communications SE, Inc. shall post a copy of the Notice of Lawsuit (Doc. #23-1) in a conspicuous location at each of their locations were cable installers are currently employed.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record